JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JAVIER RICARDO BETANCOURT,<br><br>Petitioner,<br><br>v.<br><br>MARTIN BITER, Warden,<br><br>Respondent. | No. ED CV 17-00232-DOC (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Dated: December 21, 2018

_____
DAVID O. CARTER
United States District Judge